UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLA DAVID-ODUYEMI,<br><br>    Plaintiff,<br><br>    v.<br><br>NEWARK POLICE DEPARTMENT CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00099-WHO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 47 |

On January 7, 2019, plaintiff Lola David-Oduyemi filed suit against various individuals and their public entity employers. Dkt. No. 1. Three groups of defendants moved to dismiss, and on June 24, 2019, I granted their motions but gave David-Oduyemi leave to amend some claims no later than July 16, 2019. Dkt. No. 46. On that day, David-Oduymi filed a notice sharing her belief that this Court lacks jurisdiction over her case and attaching several documents. Dkt. No. 47.

Given David-Oduyemi's decision not to file an amended complaint and her notice indicating that she does not wish to proceed in this Court, her case is DISMISSED WITH PREJUDICE. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: July 19, 2019

                                          William H. Orrick<br>                                        United States District Judge